This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Natasha Coleman v. William Borley, DoorDash, Inc.

| | |
|---|---|
| Case Number | 49D03-2011-CT-039169 |
| Court | Marion Superior Court, Civil Division 3 |
| Type | CT - Civil Tort |
| Filed | 11/04/2020 |
| Status | 11/04/2020 , Pending  (active) |

## Parties to the Case

Defendant   Borley, William

Defendant   DoorDash, Inc.

Attorney
Edward W. Hearn
*#1869164, Lead, Retained*

JOHNSON & BELL, P.C.
8488 GEORGIA STREET
SUITE A
Merrillville, IN 46410
219-791-1900(W)

Attorney
Jennifer Marie Carpenter
*#3518171, Retained*

11051 Broadway, Suite B
Crown Point, IN 46307
219-791-1900(W)

Plaintiff   Coleman, Natasha

Attorney
Jeffrey Owen Meunier
*#1029829, Retained*

320 South Rangeline Road
Carmel, IN 46032
317-575-0320(W)

## Chronological Case Summary

| 11/04/2020 | **Case Opened as a New Filing** |
|---|---|
| 11/04/2020 | **Appearance Filed** |
| | Appearance |
| | For Party:   Coleman, Natasha |
| | File Stamp:   11/04/2020 |

| 11/04/2020 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint | |
| | Filed By: | Coleman, Natasha |
| | File Stamp: | 11/04/2020 |

| 11/04/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons | |
| | Filed By: | Coleman, Natasha |
| | File Stamp: | 11/04/2020 |

| 11/04/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons | |
| | Filed By: | Coleman, Natasha |
| | File Stamp: | 11/04/2020 |

| 11/12/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance on behalf of Defendant | |
| | For Party: | DoorDash, Inc. |
| | File Stamp: | 11/11/2020 |

| 11/12/2020 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Extension of Time | |
| | Filed By: | DoorDash, Inc. |
| | File Stamp: | 11/11/2020 |

| 11/12/2020 | **Jury Trial Demand Filed** | |
|---|---|---|
| | Jury Demand | |
| | Filed By: | DoorDash, Inc. |
| | File Stamp: | 11/11/2020 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Coleman, Natasha

Plaintiff

**Balance Due** (as of 11/17/2020)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 11/04/2020 | Transaction Assessment | 157.00 |
| 11/04/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

NATASHA COLEMAN

    Plaintiff

vs.

WILLIAM BORLEY and
DOORDASH, INC.

    Defendant.

## COMPLAINT FOR DAMAGES AND
## REQUEST FOR JURY TRIAL

Plaintiff, Natasha Coleman, ("Coleman") by counsel, for her Complaint for Damages against Defendants, William Borley ("Borley") and DoorDash, Inc. ("DoorDash") states as follows,

1. At all times relevant hereto, Plaintiff was a resident of the Marion County, Indiana.

2. At all times relevant hereto, upon information and belief, Defendant Borley was a resident of Marion County, Indiana.

3. At all times relevant hereto, upon information and belief was a corporation organized and existing under the laws of the state of Delaware and doing business in the state of Indiana.

4. On or about May 16, 2019, Plaintiff was operating her vehicle in a northbound direction on College Ave. in Marion County, Indiana.

5. At the same time, Defendant Borley was operating his vehicle in a southbound direction on College Ave., turning left in an easterly direction onto 46th St. and drove his vehicle into the path of the Coleman vehicle.

6. At all times relevant Borley was performing duties within the course and scope of his employment with DoorDash.

7. Defendant Borley was negligent in the operation of his vehicle in that he failed to keep his vehicle under proper control so as to avoid a collision, failed to keep a proper lookout for other vehicles so as to avoid a collision, failed to yield the right of way to the Coleman vehicle and failed to operate his vehicle in a safe manner.

8. DoorDash is liable for the negligent actions of Borley under the doctrine of respondeat superior.

9. As a direct and proximate result of the negligence of Defendants, Plaintiff, Natasha Coleman suffered severe and permanent personal injuries and damages.

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant in an amount sufficient to compensate her for her injuries and damages, and for all other relief just and proper in the premises.

Respectfully submitted,

/s/ Jeffrey O. Meunier
Jeffrey O. Meunier
Attorney No.  10298-29
Attorney for Plaintiff

### REQUEST FOR JURY TRIAL

Plaintiff requests this matter be tried to a jury.

Respectfully submitted,

/s/  Jeffrey O. Meunier
Jeffrey O. Meunier
Attorney No.  10298-29
Attorney for Plaintiff

IN THE MARION SUPERIOR COURT

NATASHA COLEMAN
    vs.
WILLIAM BORLEY and
DOORDASH, INC.

**SUMMONS**

TO:    William Borley
          5986 Medora Dr.
          Indianapolis, IN  46228

      You are hereby notified that you have been sued by the person named as Plaintiff in the Court indicated above.

      The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

      An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, or twenty-three (23) days if this Summons was received by mail, or a judgment by default may be rendered against you for relief demanded by Plaintiff.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 11/4/2020

                                              Myla A. Eldridge
                                              Clerk of the Johnson Superior Court

Jeffrey O. Meunier
Attorney No.  10298-29
320 South Rangeline Road
Carmel, Indiana 46032
(317) 575-0320

      The following manner of service of summons is hereby designated:

   __X__      Registered or certified mail.
   _____   Service on individual at above address.
   _____   Service on Agent: (Specify)
   _____   Service by Publication.

CLERK'S CERTIFICATE OF MAILING

I hereby certify on the ____ day of _____, 2020, I mailed a copy of this Summons and a copy of the Complaint to the _____, _____ by Certified Mail, requesting a return receipt, at the address furnished by the _____.

_____
Clerk of the Johnson Superior Court

Dated:_____

RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the Complaint mailed to _____, _____, was accepted by the _____ on the _____ day of _____, 2020.

I hereby certify that the attached return receipt was received by me on the _____ day of _____, 2020, showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to _____, _____, was accepted by (Agent) _____, on behalf of said _____ on the ___ day of _____, 2020.

_____
Clerk of the Johnson Superior Court

Dated:_____

SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____, Indiana, this ____ day of _____, 2020.

_____
Signature of _____

RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:
(1)   By delivering a copy of the Summons and a copy of the Complaint to the _____, _____, on the ___ day of _____, 2020.

(2)   By leaving a copy of the Summons and a copy of the Complaint at _____, the dwelling place or usual place of abode of the _____, _____, with a person of suitable age and discretion residing therein, namely _____ and by first class mail, to: _____, the last known address of the _____.

_____
Sheriff of Johnson County, Indiana
By:_____

IN THE MARION SUPERIOR COURT

NATASHA COLEMAN
    vs.
WILLIAM BORLEY and
DOORDASH, INC.

### SUMMONS

TO:    DoorDash
c/o Registered Agent Solutions
200 Byrd Way, Suite 205
Greenwood, IN, 46143

    You are hereby notified that you have been sued by the person named as Plaintiff in the Court indicated above.

    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, or twenty-three (23) days if this Summons was received by mail, or a judgment by default may be rendered against you for relief demanded by Plaintiff.

    If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 11/4/2020

_Myla A. Eldridge_
Clerk of the Johnson Superior Court

Jeffrey O. Meunier
Attorney No. 10298-29
320 South Rangeline Road
Carmel, Indiana 46032
(317) 575-0320

    The following manner of service of summons is hereby designated:

   __X__    Registered or certified mail.
   _____    Service on individual at above address.
   _____    Service on Agent: (Specify)
   _____    Service by Publication.

## CLERK'S CERTIFICATE OF MAILING

I hereby certify on the ____ day of _____, 2020, I mailed a copy of this Summons and a copy of the Complaint to the _____, _____ by Certified Mail, requesting a return receipt, at the address furnished by the _____.

_____
Clerk of the Johnson Superior Court

Dated:_____

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the Complaint mailed to _____, _____, was accepted by the _____ on the _____ day of _____, 2020.

I hereby certify that the attached return receipt was received by me on the _____ day of _____, 2020, showing that the Summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to _____, _____, was accepted by (Agent) _____, on behalf of said _____ on the ___ day of _____, 2020.

_____
Clerk of the Johnson Superior Court

Dated:_____

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____, Indiana, this ____ day of _____, 2020.

_____
Signature of _____

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:
(1)   By delivering a copy of the Summons and a copy of the Complaint to the _____, _____, on the ___ day of _____, 2020.

(2)   By leaving a copy of the Summons and a copy of the Complaint at _____, the dwelling place or usual place of abode of the _____, _____, with a person of suitable age and discretion residing therein, namely _____ and by first class mail, to: _____, the last known address of the _____.

_____
Sheriff of Johnson County, Indiana
By:_____

Filed: 11/13/2020 1:13 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA         ) | | IN THE MARION SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF MARION    ) | | CAUSE NO. 49D03-2011-CT-039169 |

NATASHA COLEMAN,                    )
                                                          )
    Plaintiff,                                        )
                                                          )
WILLIAM BORLEY and DOORDASH, INC.,   )
                                                          )
    Defendants.                                  )

### APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed:
   Initiating _____     Responding __X__     Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties(s): **Defendant, DOORDASH, INC.**

2. Attorney information for service as required by Trial Rule 5(B)(2):

   | | | | | |
   |---|---|---|---|---|
   | Name: | **Edward W. Hearn** | Atty. Number: | #18691-64 | |
   | Address: | Johnson & Bell, P.C. | Telephone Number: | 219-791-1900 | |
   | | 8488 Georgia Street, Ste. A | Fax Number: | 219-791-1901 | |
   | | Merrillville, Indiana 46410 | Email Address: | **hearne@jbltd.com** | |
   | Name: | **Jennifer M. Carpenter** | Atty. Number: | #35181-71 | |
   | Address: | Johnson & Bell, P.C. | Telephone Number: | 219-791-1900 | |
   | | 8488 Georgia Street, Ste. A | Fax Number: | 219-791-1901 | |
   | | Merrillville, Indiana 46410 | Email Address: | **carpenterj@jbltd.com** | |

3. Each attorney specified on this appearance:

   (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

   (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

4. This is a Civil Tort case type as defined in administrative Rule 8(B)(3).

5. Additional information required by local rule: None

6.       This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order.  Yes _____   No __X__

7.       This form has been served on all other parties.

                                                */s/ Edward W. Hearn, #18691-64*  
                                                Attorney at Law

## CERTIFICATE OF SERVICE

      I certify that on November 11, 2020, I electronically filed the foregoing document using the Indiana E-filing System (IEFS) and that the foregoing document was served upon each party or attorney of record via IEFS.

                              Jeffrey O. Meunier  
                              Attorney At. Law  
                            320 S. Rangeline Road  
                            Carmel, Indiana 46032  
                            jom@mandmlawyers.com

                                                /s/ Edward W. Hearn

Filed: 11/11/2020 1:13 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D03-2011-CT-039169 |

NATASHA COLEMAN,                )
                                )
    Plaintiff,              )
                                )
WILLIAM BORLEY and DOORDASH, INC.,  )
                                )
    Defendants.             )

## MOTION FOR EXTENSION OF TIME

Defendant, DOORDASH, INC., by counsel, Edward W. Hearn and Jennifer M. Carpenter of JOHNSON & BELL, P.C., requests a thirty (30) day extension of time from the original due date of November 30, 2020, within which to file an Answer or responsive pleading, pursuant to Trial Rule 6(B)(1) and L.R. 49-TR5-203(D), up to and including December 30, 2020, and for all other just and proper relief in the premises.

Respectfully submitted,

JOHNSON & BELL, P.C.

By:  /s/ Edward W. Hearn
Edward W. Hearn, #18691-64
Jennifer M. Carpenter, #35181-71
8488 Georgia Street, Ste. A
Merrillville, Indiana 46410
(219)791-1900
hearne@jbltd.com
carpenterj@jbltd.com

## CERTIFICATE OF SERVICE

I certify that on November 11, 2020, I electronically filed the foregoing document using the Indiana E-filing System (IEFS) and that the foregoing document was served upon each party or attorney of record via IEFS.

Jeffrey O. Meunier, Attorney At. Law
320 S. Rangeline Road
Carmel, Indiana 46032
jom@mandmlawyers.com

/s/ Edward W. Hearn

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D03-2011-CT-039169 |

| | |
|---|---|
| NATASHA COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| WILLIAM BORLEY and DOORDASH, INC., | ) |
| | ) |
| Defendants. | ) |

## JURY DEMAND

Defendant, DOORDASH, INC., by counsel, JOHNSON & BELL, P.C., requests a trial by jury as to all issues.

By:  /s/ Edward W. Hearn
Edward W. Hearn, #18691-64
Jennifer M. Carpenter, #35181-71
8488 Georgia Street, Ste. A
Merrillville, Indiana 46410
(219)791-1900
hearne@jbltd.com
carpenterj@jbltd.com

## CERTIFICATE OF SERVICE

I certify that on November 11, 2020, I electronically filed the foregoing document using the Indiana E-filing System (IEFS) and that the foregoing document was served upon each party or attorney of record via IEFS.

Jeffrey O. Meunier, Attorney At. Law
320 S. Rangeline Road
Carmel, Indiana 46032
jom@mandmlawyers.com

/s/ Edward W. Hearn