# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NATASHA COLEMAN, | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:20-cv-03014-JMS-DML |
| v. | ) |
| WILLAIM BORLEY and DOORDASH, INC., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The parties, by their respective counsel, respectfully show the Court that all matters in controversy between the parties have been resolved. The parties, pursuant to Rule 41 of the Federal Rules of Trial Procedure, now move to dismiss this cause of action with prejudice.

Respectfully submitted,

By: */s/Jeffrey O. Meunier*  
    Attorney at Law  
    320 S. Rangeline  
    260 East 90th Drive  
    Carmel, IN 46032  
    (317) 575-0320  
    jom@mandmlawyers.com  
    *Attorney for Plaintiff*

By: *Edward W. Hearn*  
    Edward W. Hearn, #18691-64  
    T. MATTHEW FROST (#16039-53  
    Johnson & Bell, P.C.  
    8488 Georgia Street, Suite A  
    Merrillville, IN 46410  
    (219) 791-1900  
    hearne@jbltd.com  
    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 4th day of February, 2021, we filed the foregoing document using this Court's CM/ECF system and this document was served on all parties through the Court's CM/ECF system.

    Jeffrey O. Meunier  
    jom@mandmlawyers.com

    */s/Edward W. Hearn*